NO. 07-10-00077-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 20, 2010

STEFAN KLIMAJ, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;

NO. 2008-449,836; HONORABLE LARRY B. "RUSTY" LADD, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant Stefan Klimaj has filed a motion to dismiss his appeal and a document entitled "Withdrawal of Notice of Appeal." By the latter document, appellant prays for dismissal of his appeal. Both documents are signed by appellant and his attorney. Tex. R. App. P. 42.2(a).

No decision of this court having been delivered to date, we grant the motion to dismiss. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.